UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CHAO SUN, on behalf of himself and all others similarly situated, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 2:15-cv-00703(JLL)(JAD) |
| HAN, et al. | | |
| Defendants. | | |

**AGREED SCHEDULE REGARDING LEAD PLAINTIFF'S AMENDED COMPLAINT**

WHEREAS, on May 18, 2015, counsel for Mazars CPA Limited ("Mazars") filed a letter (ECF No. 19) regarding its agreement with co-lead counsel for Lead Plaintiff Bin Qu to negotiate an agreed schedule pursuant to which Lead Plaintiff will file an amended complaint and Mazars will answer or otherwise respond to the same.

WHEREAS, on May 21, 2015, the Court entered an order requiring counsel for Mazars and co-lead counsel for the Lead Plaintiff to submit an agreed schedule for the Court's approval no later than June 2, 2015.

WHEREAS, counsel for Mazars and co-lead counsel for the Lead Plaintiff have conferred and reached an agreement regarding the same.

NOW, THEREFORE, based on the foregoing, Mazars and the Lead Plaintiff hereby agree to the following schedule:

1. Lead Plaintiff shall have up to and including **August 3, 2015** to file an amended complaint.

2. Mazars shall have up to and including **September 18, 2015** to answer or otherwise respond to the amended complaint.

3.  Lead Plaintiff shall have up to and including **November 3, 2015** to file a response to any motion to dismiss filed by Mazars.

4.  Mazars shall have up to and including **November 20, 2015** to file a reply in support of any motion to dismiss.

Date:  June 1, 2015                                      Respectfully submitted,

CO-LEAD COUNSEL FOR                        COUNSEL FOR DEFENDANT MAZARS
LEAD PLAINTIFF BIN QU                         CPA LIMITED


s/ Donald Ecklund                                        s/ Felice B. Galant
James E. Cecchi                                          Felice B. Galant
Lindsey H. Taylor                                        Norton Rose Fulbright US LLP
Donald A. Ecklund                                        666 Fifth Avenue
Carella, Byrne, Cecchi, Olstein,                         New York, New York 10103
Brody & Agnello, P.C.                                    Telephone:  (212) 318-3000
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone:  (973) 994-1700

OF COUNSEL:                                              OF COUNSEL:

Lionel Z. Glancy                                         Scott P. Drake
Robert V. Prongay                                        Casey E. Sadler
Glancy Prongay & Murray LLP                              Norton Rose Fulbright US LLP
1925 Century Park East, Suite 2100                       2200 Ross Avenue, Suite 3600
Los Angeles, California 90067                            Dallas, Texas 75201
Telephone:  (310) 201-9150                               Telephone: (214) 855-8000


**IT IS SO ORDERED.**

Dated:  _____                                 _____