# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J. GRANT° |
| JAN ALAN BRODY | CARL R. WOODWARD, III | **FAX (973) 994-1744** | RAYMOND W. FISHER | STEPHEN R. DANEK |
| JOHN M. AGNELLO | MELISSA E. FLAX | www.carellabyrne.com | _____ | DONALD A. ECKLUND |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | | OF COUNSEL | MEGAN A. NATALE |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | | | AMANDA J. BARISICH |
| | BRIAN H. FENLON | | | ZACHARY S. BOWER+ |
| | LINDSEY H. TAYLOR | | | MICHAEL CROSS |
| JAMES D. CECCHI (1933-1995) | CAROLINE F. BARTLETT | | | CHRISTOPHER J.  BUGGY |
| JOHN G. GILFILLAN III (1936-2008) | | | | °MEMBER NY BAR ONLY |
| ELLIOT M. OLSTEIN (1939-2014) | | | | +MEMBER FL BAR ONLY |

July 23, 2015

<u>**VIA ECF**</u>

Hon. Jose L. Linares
United States District Judge
Martin Luther King Federal Building
50 Walnut Street
Newark, New Jersey 07102

   Re: *Sun v. Han, et al.*
     <u>**Civil Action No.:  15-0703(JLL)(JAD)**</u>

Dear Judge Linares:

  We are co-lead counsel for Lead Plaintiff Bin Qu and the proposed Class in the above-referenced matter.  Pursuant to this Court's Order, the deadline for Plaintiff to file an Amended Complaint is August 3, 2015.  Plaintiff respectfully requests a fourteen day extension of time for the filing of the Amended Complaint.  Defendant Mazars CPA Limited ("Mazars"), the only defendant that has appeared, is not opposed to the extension, along with corresponding two week extensions of the related deadlines.  Accordingly, the revised schedule subject to Your Honor's approval follows:

- <u>August 17, 2015</u>: Deadline by which Plaintiff must file an Amended Complaint;

- <u>October 2, 2015</u>: Deadline by which Defendant Mazars CPA Limited must answer or otherwise respond to the Amended Complaint;

- <u>November 17, 2015</u>: Deadline by which Plaintiff must file a response to any Motion to Dismiss filed by Mazars; and

- <u>December 4, 2015</u>:  Deadline by which Mazars must file a reply in further support of any Motion to Dismiss.

Hon. Jose L. Linares
July 23, 2015
Page 2

      If this meets with the Court's approval, kindly "so order" this letter and have a "filed" copy returned to us via the Court's CM/ECF system.

      We thank the Court for accommodating our schedule request. If the Court has any questions, we are available at your convenience.

                              Respectfully submitted,

                              CARELLA, BYRNE, CECCHI,
                              OLSTEIN, BRODY & AGNELLO, P.C.

                              /s/ Donald A. Ecklund

                              DONALD A. ECKLUND

cc: All Counsel (via ECF)