UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CHAO SUN, on behalf of himself and all others similarly situated, | § § § § § § § § § § § § § § § § | Civil Action No. 2:15-cv-00703(JLL)(JAD) |
| | | **ECF Case** |
| Plaintiff, | | **Electronically Filed** |
| | | **Motion Day:** December 21, 2015 |
| v. | | |
| | | NOTICE OF DEFENDANT MAZARS CPA LIMITED'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT |
| HAN, et al. | | |
| Defendants. | | **Oral Argument Requested** |

PLEASE TAKE NOTICE that on October 2, 2015, Defendant Mazars CPA Limited ("Mazars CPA"), by and through their counsel, Norton Rose Fulbright US LLP, shall and hereby do move before the Honorable Jose L. Linares, United States District Judge for the District of New Jersey, Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an order dismissing the Amended Complaint in the above-referenced action with prejudice pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq.*

PLEASE TAKE FURTHER NOTICE that in support of the Motion to Dismiss, counsel for Mazars CPA will rely upon the accompanying Memorandum of Law in Support of Defendant Mazars CPA's Motion to Dismiss Plaintiff's Amended Complaint, the Declaration of Felice Galant, executed October 2, 2015, and the Proposed Form of Order, as well as all pleadings and other documents filed with the Court in this matter.

PLEASE TAKE FURTHER NOTICE that the Mazars CPA requests oral argument.

Dated: October 2, 2015                     Respectfully submitted,

                                           NORTON ROSE FULBRIGHT US LLP

                                           By: /s/ Felice B. Galant
                                           Felice B. Galant
                                           666 Fifth Avenue
                                           New York, New York 10103
                                           Telephone:  (212) 318-3000
                                           Facsimile: (212) 318-3400
                                           felice.galant@nortonrosefulbright.com

                                           *Attorneys for Defendant Mazars CPA Limited*

OF COUNSEL:
NORTON ROSE FULBRIGHT US LLP
Scott P. Drake (pro hac vice application forthcoming)
Tyler H. Lipp (pro hac vice application forthcoming)
2200 Ross Ave, Suite 3600
Dallas, Texas 75201
Telephone:  (214) 855-8000

- 3 -

Facsimile:  (214) 855-8200
scott.drake@nortonrosefulbright.com
tyler.lipp@nortonrosefulbright.com

- 3 -