UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAO SUN, on behalf of himself and all others similarly situated, § § § § Plaintiff, § § § v. § § § § HAN, et al. § § Defendants. § | § § § Civil Action No. 2:15-cv-00703(JLL)(JAD) § § § § § CORPORATE DISCLOSURE STATEMENT § § § |

Defendant Mazars CPA Limited ("Mazars CPA") hereby submits is Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1. The undersigned counsel for Mazars CPA certifies that this party is a non-governmental corporate party and that:

Mazars CPA does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Dated: October 5, 2015            Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP

By: /s/ Felice B. Galant
Felice B. Galant
666 Fifth Avenue
New York, New York 10103

- 1 -

Telephone: (212) 318-3000
Facsimile: (212) 318-3400
felice.galant@nortonrosefulbright.com

*Attorneys for Defendant Mazars CPA Limited*

- 2 -